UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RALPHIE HAYES,

                Plaintiff,

**ORDER**

v.

17 CV 6145 (VB)

ORANGE COUNTY SHERIFF CARL E.
DUBOIS, et al.,

                Defendants.
------------------------------------------------------------x

      On June 22, 2018, the Court granted defendants' motion to dismiss and ordered plaintiff, pro se, to file an amended complaint by July 23, 2018. (Doc. #30). The Court also reminded plaintiff of his obligation to continue to update the Court in writing if his address changed.

      Plaintiff was released to parole on August 7, 2018. However, contrary to the Court's prior orders (Docs. ##4, 6, 30, 31) plaintiff has failed to update his address in writing.

      On September 18, 2018, the Court ordered plaintiff, by October 18, 2018, to (1) update the Court in writing of his current address and (2) file his amended complaint. (Doc. #32). The Court warned plaintiff that if he failed to do so, the Court would deem plaintiff to have abandoned the case and would direct the Clerk to enter judgment in defendants' favor and close the case.

      To date, plaintiff has not updated the Court with his address, and he has failed to file an amended complaint, or seek an extension of time to do so. As the Court has already dismissed all of plaintiff's claims, the Court will direct the Clerk to enter judgment in defendants' favor.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      The Clerk is directed to enter judgment in defendants' favor and close this case. The Clerk shall also mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 11, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1