**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
RALPHIE HAYES,

                 Plaintiff,

-against-

ORANGE COUNTY SHERIFF CARL E.'
DUBOIS, et al.,

                 Defendants.
-----------------------------------------------------------X

17 CIVIL 6145 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 11, 2019, on June 22, 2018, the Court granted defendants' motion to dismiss and ordered plaintiff, pro se, to file an amended complaint by July 23, 2018; the Court also reminded plaintiff of his obligation to continue to update the Court in writing if his address changed; to date, plaintiff has not updated the Court with his address, and he has failed to file an amended complaint, or seek an extension of time to do so; judgment is entered in defendants' favor; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Court's Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, the case is closed.

**Dated:** New York, New York
         December 13, 2019

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court

BY:
                                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/13/2019